# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEYVI CARLOS PEREZ MORALES, <br><br> Defendant. | DOCKET NO. 3:25-cr-00054-MOC |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE

Mr. Perez Morales, by and through counsel of record, Assistant Federal Defender Carson Smith, hereby requests that this Court continue the trial date currently scheduled for September 2, 2025, along with the pretrial motions' deadline. As grounds, therefore, it is averred:

1. On March 18, 2025, Mr. Perez Morales was indicted on one count of illegal re-entry in violation of 8 U.S.C. § 1326(a).

2. On March 25, 2025, Mr. Perez Morales was arraigned and ordered detained without bond.

3. This is Mr. Perez Morales' third motion to continue.

4. Defense counsel is in the process of scheduling a Rule 11 plea hearing in this case. In an abundance of caution, defense counsel requests a motion to continue in the event the plea hearing does not get scheduled before the docket call on September 2, 2025.

5. Under these circumstances, the ends of justice served by a continuance of the trial date would outweigh the best interests of the public and the defendant in a speedy trial.

6. The Government does not oppose this motion.

**WHEREFORE,** Mr. Perez Morales respectfully requests a continuance of his trial date to the next available term of the court and a corresponding extension of the pretrial motion and notice deadline.

Respectfully submitted:

s/ *Carson Smith*
Carson Smith
Assistant Federal Defender
N.C. Bar No. 50997
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722
carson_smith@fd.org
*Attorney for Deyvi Carlos Perez Morales*

Date: August 1, 2025