FILED
Charlotte, NC
AUG 2 1 2025
Clerk, US District Court
Western District NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

RULE 32
WAIVER/AGREEMENT

UNITED STATES OF AMERICA

vs.

Deyvi Carlos Perez-Morales Docket No.: 3:25-cr-54-MOC

---

The parties agree to sentencing in this matter during the next available sentencing date and agree to waive any applicable time limits pursuant to Fed.R.Crim.P.32.

_____ 8.20.2025
Kenneth Smith, Asst. U.S. Attorney Date

_____ 8/20/2025
Carson Smith, Attorney for Defendant Date

_____ 8/21/2025
Deyvi Carlos Perez-Morales, Defendant Date